# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berg, Terrence G. | United States District Court, Eastern District of Michigan | 07/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Regents | Gesu School Board of Regents |
| 2. | Member, Board of Trustees | Historical Society for the United States District Court for the Eastern District of Michigan |
| 3. | Member, Board of Trustees | James Madison Memorial Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Gesu Catholic School Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | James Madison Memorial Foundation | June 24-25, 2019 | Washington, D.C. | Speak to Fellows, meet executive director, staff and board member | Travel, lodging, food. |
| 2. | Aspen Institute for Justice and Society, Judicial Institute for the Sixth Circuit | November 15-17, 2019 | Vanderbilt School of Law, Nashville, Tennessee | Training program | Lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 07/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Mortgage | Mortgage on Condominium in Montana | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Michigan 529-Moderate Age Based Option Age 18+ Number 3 | D | Dividend | K | T | | | | | |
| 2. | PeopleDriven (formerly Peoples Trust) Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 3. | Midland National Life Insurance Whole Life Policy | B | Interest | L | T | | | | | |
| 4. | Allianz Vision Deferred Variable Annuity (H) | | | | | | | | | |
| 5. | - AZL T. Rowe Price Capital App | A | Int./Div. | J | T | Sold (part) | 02/18/19 | J | | |
| 6. | | | | | | Buy (add'l) | 02/18/19 | J | | |
| 7. | | | | | | Sold (part) | 05/18/19 | J | | |
| 8. | | | | | | Buy (add'l) | 05/18/19 | J | | |
| 9. | | | | | | Sold (part) | 08/18/19 | J | | |
| 10. | | | | | | Buy (add'l) | 08/18/19 | J | | |
| 11. | | | | | | Sold (part) | 11/18/19 | J | | |
| 12. | | | | | | Buy (add'l) | 11/18/19 | J | | |
| 13. | -AZL Mid Cap Index Fund C2 | B | Int./Div. | J | T | Sold (part) | 02/18/19 | J | | |
| 14. | | | | | | Buy (add'l) | 02/18/19 | J | | |
| 15. | | | | | | Sold (part) | 05/18/19 | J | | |
| 16. | | | | | | Buy (add'l) | 05/18/19 | J | | |
| 17. | | | | | | Sold (part) | 08/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 08/18/19 | J | | |
| 19. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 21.  -AZL FIAM Multi Strategy (was Pyramis) | A | Int./Div. | J | T | Sold<br>(part) | 02/18/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 02/18/19 | J | | |
| 23. | | | | | Sold<br>(part) | 05/18/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 05/18/19 | J | | |
| 25. | | | | | Sold<br>(part) | 08/18/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 08/18/19 | J | | |
| 27. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 29.  -AZL International Index C2 | A | Int./Div. | J | T | Sold<br>(part) | 02/18/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 02/18/19 | J | | |
| 31. | | | | | Sold<br>(part) | 05/18/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 05/18/19 | J | | |
| 33. | | | | | Sold<br>(part) | 08/18/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 08/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berg, Terrence G.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A — Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e g, div, rent, or int) | C — Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period (1) Type (e g, buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 11/18/19 | J | | |
| 36. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 37. - Franklin Mutual Shares VIP | A | Int./Div. | J | T | Sold (part) | 02/18/19 | J | | |
| 38. | | | | | Buy (add'l) | 02/18/19 | J | | |
| 39. | | | | | Sold (part) | 05/18/19 | J | | |
| 40. | | | | | Buy (add'l) | 05/18/19 | J | | |
| 41. | | | | | Sold (part) | 08/18/19 | J | | |
| 42. | | | | | Buy (add'l) | 08/18/19 | J | | |
| 43. | | | | | Sold (part) | 11/18/19 | J | | |
| 44. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 45. - PIMCO VIT All Asset | A | Int./Div. | J | T | Sold (part) | 02/18/19 | J | | |
| 46. | | | | | Buy (add'l) | 02/18/19 | J | | |
| 47. | | | | | Sold (part) | 05/18/19 | J | | |
| 48. | | | | | Buy (add'l) | 05/18/19 | J | | |
| 49. | | | | | Sold (part) | 08/18/19 | J | | |
| 50. | | | | | Buy (add'l) | 08/18/19 | J | | |
| 51. | | | | | Sold (part) | 11/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 53.    - PIMCO VIT Real Return | B | Int./Div. | K | T | Sold<br>(part) | 02/18/19 | K | | |
| 54. | | | | | Buy<br>(add'l) | 02/18/19 | K | | |
| 55. | | | | | Sold<br>(part) | 05/18/19 | K | | |
| 56. | | | | | Buy<br>(add'l) | 05/18/19 | K | | |
| 57. | | | | | Sold<br>(part) | 08/18/19 | K | | |
| 58. | | | | | Buy<br>(add'l) | 08/18/19 | K | | |
| 59. | | | | | Sold<br>(part) | 11/18/19 | K | | |
| 60. | | | | | Buy<br>(add'l) | 11/18/19 | K | | |
| 61.    - PIMCO VIT Total Return | B | Int./Div. | K | T | Sold<br>(part) | 02/18/19 | K | | |
| 62. | | | | | Buy<br>(add'l) | 02/18/19 | K | | |
| 63. | | | | | Sold<br>(part) | 05/18/19 | K | | |
| 64. | | | | | Buy<br>(add'l) | 05/18/19 | K | | |
| 65. | | | | | Sold<br>(part) | 08/18/19 | K | | |
| 66. | | | | | Buy<br>(add'l) | 08/18/19 | K | | |
| 67. | | | | | Sold<br>(part) | 11/18/19 | K | | |
| 68. | | | | | Buy<br>(add'l) | 11/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | |
| 70.   - AZL Russell 100 Growth Indx C2 | B | Int./Div. | J | T | Sold<br>(part) | 02/18/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 02/18/19 | J | | |
| 72. | | | | | Sold<br>(part) | 05/18/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 05/18/19 | J | | |
| 74. | | | | | Sold<br>(part) | 08/18/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 08/18/19 | J | | |
| 76. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 78. | | | | | | | | | |
| 79.   - AZL S&P 500 Index | B | Int./Div. | J | T | Sold<br>(part) | 02/18/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 02/18/19 | J | | |
| 81. | | | | | Sold<br>(part) | 05/18/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 05/18/19 | J | | |
| 83. | | | | | Sold<br>(part) | 08/18/19 | J | | |
| 84. | | | | | Buy<br>(add'l) | 08/18/19 | J | | |
| 85. | | | | | Sold<br>(part) | 11/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 87.   - Templeton Global Bond VIP Fund | B | Int./Div. | K | T | Sold (part) | 02/18/19 | K | | |
| 88. | | | | | Buy (add'l) | 02/18/19 | K | | |
| 89. | | | | | Sold (part) | 05/18/19 | K | | |
| 90. | | | | | Buy (add'l) | 05/18/19 | K | | |
| 91. | | | | | Sold (part) | 08/18/19 | K | | |
| 92. | | | | | Buy (add'l) | 08/18/19 | K | | |
| 93. | | | | | Sold (part) | 11/18/19 | K | | |
| 94. | | | | | Buy (add'l) | 11/18/19 | K | | |
| 95.   CUNA Mutual Group Equity Index Annuity - S&P 500 Index | D | Interest | L | T | Distributed (part) | 12/10/19 | K | | |
| 96.   Rental Property, Missoula, MT | C | Rent | M | R | | | | | |
| 97.   Irene Lockner Heirs Partnership - 2% share Farmland in Jackson Co. MN | B | Rent | K | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 07/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to the income related to the assets held within the varialbe annuity in Part VII, line 4, the Allianz Vision Deferred Variable Annuity, this year I received a year-end summary account statement that provided information that allows me to calculate income details as to each of the holdings in the fund.

Regarding the rental property listed in Part VII, line 96, the purchase price was $226,900 and the date of purchase was December 4, 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 07/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Terrence G. Berg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544